# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00056-CV

### In re First United Methodist Church of Round Rock

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

After filing a petition for writ of mandamus and request for emergency stay, relator First United Methodist Church of Round Rock has informed this Court that the underlying cause has settled and the issues raised in the petition and emergency motion are now moot. Accordingly, we grant relator's motion and dismiss the petition for writ of mandamus and request for emergency relief.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed on Relator's Motion

Filed:   February 18, 2011